

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

JAN 3 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GARRISON S. JOHNSON,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>STATE OF CALIFORNIA; et al.,<br><br>Defendants - Appellees. | No. 01-56436<br><br>D.C. No. CV-95-01192-CBM<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Pursuant to the stipulation of the parties, this appeal is dismissed, and this matter is remanded to the United States District Court for the Central District of California for further proceedings consistent with paragraph 10 of the Settlement and Release Agreement attached as Exhibit A to the stipulation. Fed. R. App. Proc. 42(b).

A certified copy of this order shall serve as the mandate of this court.

FOR THE COURT

David E. Lombardi, Jr.
Chief Circuit Mediator

S:\CASES\2001\01-56436\05-12-30-dism.wpd

INTERNAL USE ONLY: Proceedings include all events.
01-56436 Johnson v. Rowland, et al

| | |
|---|---|
| GARRISON S. JOHNSON<br>    Plaintiff - Appellant | Lois D. Thompson, Esq.<br>310/557-2900<br>Suite 3200<br>[COR LD NTC ret]<br>Bert H. Deixler, Esq.<br>FAX 310-557-2310<br>310-557-2900<br>Suite 3200<br>[COR LD NTC ret]<br>Aaron P. Allan, Esq.<br>310/557-2900<br>Suite 3200<br>[COR LD NTC ret]<br>PROSKAUER ROSE LLP<br>2049 Century Park East<br>Los Angeles, CA 90067-3206<br><br>Tanya L. Forsheit<br>32nd Floor<br>[COR LD NTC ret]<br>Proskauer Rose LLP<br>2049 Century Park East<br>Los Angeles, CA 90067<br><br>Jeffrey Thomas Garcia Hilger<br>310/729-7964<br>[COR LD NTC ret]<br>JEFFREY T.G. HILGER LAW OFFICES<br>11293 Ryandale Drive<br>Culver City, CA 90230 |
| v. | |
| STATE OF CALIFORNIA<br>    Defendant - Appellee | Frances T. Grunder, Esq.<br>FAX 415/703-5843<br>415/703-5500<br>Ste 11000<br>[COR LD NTC dag]<br>OFFICE OF THE ATTORNEY GENERAL<br>455 Golden Gate Avenue<br>San Francisco, CA 94102-7004 |
| JAMES H. GOMEZ, Director,<br>Department of Corrections<br>    Defendant - Appellee | Frances T. Grunder, Esq.<br>(See above)<br>[COR LD NTC dag] |
| JAMES ROWLAND<br>    Defendant - Appellee | Frances T. Grunder, Esq.<br>(See above)<br>[COR LD NTC dag] |