



|   |   |
|---|---|
| 1 | EDMUND G. BROWN JR.<br>Attorney General of the State of California |
| 2 | DAVID S. CHANEY<br>Chief Assistant Attorney General |
| 3 | FRANCES T. GRUNDER<br>Senior Assistant Attorney General |
| 4 | THOMAS S. PATTERSON<br>Supervising Deputy Attorney General |
| 5 | JAY C. RUSSELL, State Bar No. 122626<br>Deputy Attorney General |
| 6 |   455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA 94102-7004 |
| 7 |   Telephone: (415) 703-5717<br>  Fax: (415) 703-5843 |
| 8 |   Email: Jay.Russell@doj.ca.gov |
| 9 | Attorneys for Defendants James Tilton, James H.<br>Gomez, and James Rowland |
| 10 |   |
| 11 | BERT H. DEIXLER, ESQ.<br>TANYA L. FORSHEIT, ESQ. |
| 12 | PROSKAUER ROSE LLP<br>  2049 Century Park East, Suite 3200 |
| 13 |   Los Angeles, CA 90067<br>  Telephone: (310) 557-2900 |
| 14 |   Fax: (310) 557-2193<br>  Email: tforsheit@proskauer.com |
| 15 |   |
| 16 | Attorneys for Plaintiff Garrison Johnson |

Priority  ___
Send  ✓
Enter  ___
Closed  ___
JS-5/JS-6  ___
JS-2/JS-3  ___
Scan Only  ___

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| GARRISON S. JOHNSON,<br>                        Plaintiff,<br>v.<br>STATE OF CALIFORNIA, et al.,<br>                        Defendants. | Case No. CV 95-1192 CBM (JC)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FURTHER SETTLEMENT CONFERENCE** |
|---|---|

    Plaintiff Garrison Johnson and Defendants James Tilton, James H. Gomez, and James Rowland stipulate as follows:

    1.   In its January 11, 2007 Order, the Court scheduled a further settlement

1 | conference for Monday, January 29, 2007, at 9:30 a.m. in Department 20. The
2 | Order provided that the settlement conference would be conducted by telephone,
3 | and that personal appearances were not required.
4 |    2. Defendants are in the process of evaluating Plaintiff's current settlement
5 | demand. That evaluation cannot be completed, however, by January 29, 2007.
6 |    3. Accordingly, the parties agree that the further settlement conference may
7 | be continued to either February 14 or February 16, 2007, again beginning at 9:30
8 | a.m. The continued settlement conference shall be conducted by telephone, and
9 | personal appearances are not required. The parties shall call (213) 894-2919 to
10 | participate in the further settlement conference.
11 | SO STIPULATED.
12 | Dated: January 24, 2007

JAY C. RUSSELL
Deputy Attorney General
Attorneys for Defendants James Tilton, James H. Gomez and James Rowland

Dated: January ___, 2007

TANYA L. FORSHEIT
Attorneys for Plaintiff Garrison Johnson

ORDER

Based upon the above stipulation, and good cause appearing, the settlement conference scheduled for January 29, 2007 is off calendar. A further settlement conference is ordered to be held February 16, 2007, beginning at 9:30 a.m. in Department 20. The continued settlement conference shall be conducted by telephone, and personal appearances are not required. The parties shall call (213)

1  conference for Monday, January 29, 2007, at 9:30 a.m. in Department 20. The
2  Order provided that the settlement conference would be conducted by telephone,
3  and that personal appearances were not required.
4      2.   Defendants are in the process of evaluating Plaintiff's current settlement
5  demand. That evaluation cannot be completed, however, by January 29, 2007.
6      3.   Accordingly, the parties agree that the further settlement conference may
7  be continued to either February 14 or February 16, 2007, again beginning at 9:30
8  a.m. The continued settlement conference shall be conducted by telephone, and
9  personal appearances are not required. The parties shall call (213) 894-2919 to
10 participate in the further settlement conference.
11 SO STIPULATED.
12     Dated: January 24, 2007
13
14                         /S/
15                         JAY C. RUSSELL
                        Deputy Attorney General
16                         Attorneys for Defendants James Tilton, James H.
                        Gomez and James Rowland
17
18 Dated: January 25, 2007
19
20                         _____
21                         TANYA L. FORSHEIT
                        Attorneys for Plaintiff Garrison Johnson
22
23                                 ORDER
24     Based upon the above stipulation, and good cause appearing, the settlement
25 conference scheduled for January 29, 2007 is off calendar. A further settlement
26 conference is ordered to be held February 16, 2007, beginning at 9:30 a.m. in
27 Department 20. The continued settlement conference shall be conducted by
28 telephone, and personal appearances are not required. The parties shall call (213)

1 | 894-2919 to participate in the further settlement conference.

2 | Dated: January 29th, 2007

_____
Magistrate Judge Jacqueline Chooljian
United States District Court

3