# ORIGINAL

1  BERT H. DEIXLER, SBN 70614
       bdeixler@proskauer.com
2  TANYA L. FORSHEIT, SBN 192472
       tforsheit@proskauer.com
3  NICOLE TELLEM, SBN 238123
       ntellem@proskauer.com
4  PROSKAUER ROSE LLP
   2049 Century Park East, 32nd Floor
5  Los Angeles, CA 90067-3206
   Telephone: (310) 557-2900
6  Facsimile: (310) 557-2193

7  Attorneys for Plaintiff,
   GARRISON JOHNSON



FILED
CLERK, U.S. DISTRICT COURT
MAY 2 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
APR 30 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| GARRISON JOHNSON,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA, et al.<br><br>Defendants. | Case No. 95-01192 CBM (JCx)<br><br>Hon. Consuelo B. Marshall<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)**<br><br>Action Filed: February 24, 1995<br>Discovery Cutoff: None<br>Pretrial Conference: None<br>Trial Date: None |

DOCKETED ON CM
MAY 4 2007
012
BY ___

Priority ___
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

193

/-
Current/9416427v1

This Stipulation is made by and between Plaintiff Garrison Johnson ("Johnson"), on the one hand, and Defendants the State of California, James Tilton, James H. Gomez, and James Rowland ("Defendants"), as follows:

WHEREAS, Johnson and Defendants desire to dismiss the above-captioned action, in its entirety, with prejudice;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Johnson and Defendants, through their respective undersigned counsel, that:

1. The above-captioned action is hereby dismissed in its entirety, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

DATED: March 12, 2007

BERT H. DEIXLER
TANYA L. FORSHEIT
NICOLE TELLEM
PROSKAUER ROSE LLP

_____
Bert H. Deixler

Attorneys for Plaintiff,
GARRISON JOHNSON

DATED: March __, 2007
April 30

EDMUND G. BROWN JR.
DAVID S. CHANEY
FRANCES T. GRUNDER
THOMAS S. PATTERSON
JAY C. RUSSELL

_____
Jay C. Russell

Attorneys for Defendants State of California, James Tilton, James H. Gomez, and James Rowland

IT IS SO ORDERED

Dated 5/2/07

_____
United States District Judge

1

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:  **GARRISON S. JOHNSON v. STATE OF CALIFORNIA, et al.**

No.:  **CV 95-1192 CBM (BQR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>April 30, 2007</u>, I served the attached

### STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(ii)

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

| | |
|---|---|
| Bert H. Deixler | Tanya Forsheit |
| Attorney at Law | Attorney at Law |
| Proskauer Rose LLP | Proskauer Rose LLP |
| 2049 Century Park East, 32nd Floor | 2049 Century Park East, 32nd Floor |
| Los Angeles, CA 90067-3206 | Los Angeles, CA 90067 |
| Attorney for Garrison Johnson | Attorney for Garrison Johnson |

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 30, 2007, at San Francisco, California.

S. Redd
Declarant

Signature

20086309.wpd